FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2023

No. 04-22-00818-CR

**IN RE** Jason S. **TYLER**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:  Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Beth Watkins, Justice

On December 7, 2022, relator filed a *pro se* petition for writ of mandamus. Because relator is represented by trial counsel below, his *pro se* mandamus petition presented nothing for this court to review. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, we denied relator's petition for writ of mandamus on December 14, 2022.

On December 29, 2022, relator filed a *pro se* motion for rehearing requesting this court reconsider the denial of his petition for writ of mandamus.[2] After consideration, relator's motion for rehearing is **DENIED**.

It is so **ORDERED** on January 5, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause Nos. 683655 and 683656, styled *State of Texas v. Jason S. Tyler*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Velia J. Meza presiding.
[2] Relator's filing is titled "Motion to Reverse Opinion of Denied Writ of Mandamus by Appeals Justices and Requests Investigation of Proceedings." We construe relator's filing as a motion for rehearing. *See* TEX. R. APP. P. 49.1.